DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FAIRWAYS OF SUNRISE HOMEOWNERS ASSOCIATION, INC.,**
Appellant,

v.

**RAINBOW COLORS, INC.,**
Appellee.

No. 4D2023-1003

[March 14, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case No. COCE22-001863.

David A. Hoines, Fort Lauderdale, for appellant.

Steven H. Osber of Conrad & Scherer, LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***